UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : |
| Plaintiff, | : : |
| and CYNTHIA WHITE, MICHELLE ARNETT, CHRISTY HAMLIN and REGINA CASH | : : : : |
| Plaintiffs/Intervenors, | : : |
| v. | :  CIVIL ACTION NO. 5:03-CV-0100-2(CAR) |
| CABLE COMMUNICATIONS, INC. and CABLE COMMUNICATIONS & ENGINEERING, INC. | : : : : |
| Defendants. | : : |

**MOTION TO DISSOLVE CONSENT DECREE
AND TO DISMISS WITH PREJUDICE**

On August 9, 2004, this Court entered a consent decree resolving all issues among the parties and retaining jurisdiction for the purpose of enforcing compliance by the parties of the term of the decree.

Defendants have fully complied with all of their obligations under the consent decree. There has been no need for Court action, nor has the Commission moved to enforce any provisions of the consent decree.

Accordingly, according to the terms of the consent decree, the decree should be dissolved and the action should be dismissed with prejudice.

This 10th day of August, 2007.

/s/ Mary Katz
Mary M. Katz
State Bar No.: 408987

**Attorney for Defendants**

OF COUNSEL

CHAMBLESS, HIGDON, RICHARDSON,
KATZ & GRIGGS, LLP
Ambrose-Baber Building
577 Walnut Street, Suite 200
Post Office Box 246
Macon, Georgia  31202-0246
(478) 741-1181

## CERTIFICATE OF SERVICE

I, MARY M. KATZ, hereby certify that I have this day served upon counsel for all parties in this action the motion to dissolve consent decree and to dismiss with prejudice by placing a copy of same in the United States Mail with adequate postage affixed to assure delivery, or by hand delivery, addressed to:

>S. Robert Royal, Esq.
>U.S. Equal Employment Opportunity Commission
>Atlanta District Office
>100 Alabama, Street, SW, Suite 4R30
>Atlanta, GA  30303
>
>**Attorney for Plaintiff**
>
>Bradley G. Pyles, Esq.
>WESTMORELAND, PATTERSON & MOSELEY
>201 Second Street, Suite 1150
>Post Office Box 1797
>Macon, GA  31202-1797
>
>**Attorney for Plaintiffs/Intervenors**
>**Michelle Arnett, Regina Cash,**
>**Christy Hamlin, and Cynthia White**

This 10th day of August, 2007.

>/s/ Mary Katz_____
>Mary M. Katz