IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT : | |
| OPPORTUNITY COMMISSION, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action |
| and CYNTHIA WHITE, : | No. 5:03-cv-100(CAR) |
| MICHELLE ARNETT, : | |
| CHRISTY HAMLIN, and : | |
| REGINA CASH, : | |
| : | |
| Plaintiffs/Intervenors, : | |
| : | |
| vs. : | |
| : | |
| CABLE COMMUNICATIONS : | |
| & ENGINEERING, INC. and : | |
| CABLE COMMUNICATIONS, INC., : | |
| : | |
| Defendants. : | |

*ORDER DISSOLVING CONSENT DECREE AND*
*DISMISSING WITH PREJUDICE*

Before the Court is the motion of Defendants to dissolve a consent decree entered on August 9, 2004, entered in settlement of all issues among the parties. The consent decree provided that the Court would retain jurisdiction over the action for the purposes of clarifying and enforcing the terms of the settlement agreement and for any other appropriate or equitable purposes for a period of thirty-six (36) months from the date of entry. That period has since passed without any party moving to enforce compliance with the decree or seeking other relief from the Court. Defendants have shown that they have fully complied with all terms of the decree and Plaintiffs have not objected to the motion.

Accordingly, pursuant to the terms of the decree itself, the consent decree of August 9, 2004 (Doc. 61) is hereby **DISSOLVED** and this case is **DISMISSED, WITH PREJUDICE**.

    **SO ORDERED** this 19th day of December, 2007.


                              S/ C. Ashley Royal
                              C. ASHLEY ROYAL, JUDGE
                              UNITED STATES DISTRICT COURT

chw